**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

JAMES C. PEARSON, SR.　　　　　　　　　　　　　　　　　　　　　PETITIONER

vs.　　　　　　　　　　　　　　　　　　　　　Civil Action No. 4:07-cv-83 HTW-LRA

STATE OF MISSISSIPPI and
WARDEN FRANKLIN BREWER　　　　　　　　　　　　　　　　　RESPONDENTS

**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that respondents' motion to dismiss [docket # 9] is granted and that James C. Pearson's Petition for Writ of Habeas Corpus is dismissed with prejudice. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED, THIS THE 31st day of October, 2007.**

　　　　　　　　　　　　　　　　　　　　　**s/ HENRY T. WINGATE
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE**