# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR 17 2008
BY _____ J. T. NOBLIN, CLERK
                                    DEPUTY

**JAMES C. PEARSON, SR., #K0833**                    **PETITIONER**

**V.**                                      **Civil Action No. 4:07-cv-83WS**

**STATE OF MISSISSIPPI, ET AL.**                    **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A notice of appeal has been filed in the above captioned habeas corpus case. In habeas corpus cases where the detention complained of arises out of process issued by a state court pursuant to Title 28 U.S.C. § 2254; or where the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to Title 28 U.S.C. § 2255; the court, considering the record in the case and the requirements of Title 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, shall determine whether a certificate of appealability shall issue, and if not, state its reasons for denying the certificate. The court finds as follows:

### Part A

___ A certificate of appealability should issue.

_X_ A certificate of appealability should not issue. (See reasons below.)

### Part B

___ The party appealing is a pauper.

_X_ The party appealing is not a pauper. (See reasons below.)

## REASONS FOR DENIAL:

Petition barred by the statute of limitations at Title 28 U.S.C. § 2244(d).

Date: 03/17/08   _____
                 UNITED STATES DISTRICT JUDGE